UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVE SCHLEICHER and LORRIE SCHLEICHER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:06-cv-545-RLY-WTL |
| THE SALVATION ARMY, | ) ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

The court, having this day **GRANTED** The Salvation Army's Motion to Dismiss for Lack of Subject Matter Jurisdiction, now enters final judgment in its favor, and against the Plaintiffs herein, Steven Schleicher and Lorrie Schleicher.

**SO ORDERED** this <u>12th</u> day of January 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic Copies to:

Philip John Gutwein II
BAKER & DANIELS
philip.gutwein@bakerd.com

Scott D. Himsel
BAKER & DANIELS
sdhimsel@bakerd.com

Edward E. Hollis
BAKER & DANIELS
eehollis@bakerd.com

Ronald E. Weldy
ABRAMS & WELDY
weldy@abramsweldy.com